# Linn *et al. v.* Bass, Adm'r, &c.

### *Bill to enforce Vendor's Lien.*

1. *Vendor's lien where purchaser's note is made payable to third person.* On a sale of lands, the purchaser's note being made payable to a third person, to whom the vendor was indebted, and by whom it was to be held as collateral security, a vendor's lien attaches to it in the hands of the payee, although he does not surrender the note of his original debtor, the vendor.

APPEAL from Birmingham Chancery Court.

Heard before Hon. THOS. COBBS.

The bill in this cause was filed by the administrator of Hudson to enforce a lien on land, and averred that the vendor, Samuel Linn, was, at the time of the contract of sale, indebted to said Hudson, and as part of such contract, A. J. Linn, the vendee, executed his note for the purchase-money to said Hudson, which said note was held by said Hudson as collateral security for the indebtedness to him of Samuel Linn, which indebtedness was evidenced by two unpaid promissory notes signed by said Samuel Linn, and payable to said Hudson.

JAMES WEATHERLY, for appellant.

HEWITT, WALKER & PORTER, *contra.*

STONE, C. J.—There is no question that the bill in this

case contains equity.—*Buford v. McCormick*, 57 Ala. 428; *Young v. Hawkins*, 74 Ala. 370; *Coleman v. Hatcher*, 77 Ala. 217.

The averments of the bill are satisfactorily proved, and the decree of the chancellor is affirmed.